**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

_____ :
                                                  :

GLOBAL COLLECTIONS CORP.,            :   Hon. Faith S. Hochberg, U.S.D.J.
                                                  :

                 Plaintiff,       :   Civil Case No. 13-184 (FSH)
                                                  :

                      v.          :   **OPINION & ORDER**
                                                  :

DIAMOND LOGISTICS, INC.,            :   Date: August 25, 2014
                                                  :

                 Defendant.       :
_____:

**HOCHBERG, District Judge:**

       This matter coming before this Court upon the Honorable Michael A. Hammer's, U.S.M.J., August 6, 2014 Report and Recommendation recommending that the Court:  (1) "grant Plaintiff's motion to strike Defendant's Answer and enter default"; and (2) "deny Plaintiff's motion to enter default judgment without prejudice to Plaintiff's right to renew that motion, on notice to Defendant, after default has been entered."  (Dkt. No. 41.)  This Court has considered the submissions of the parties pursuant to Federal Rule of Civil Procedure 78; and

       it appearing that neither party filed objections to the Report and Recommendation by August 21, 2014, pursuant to Federal Rule of Procedure 72(a); and

       this Court having reviewed *de novo* the Report and Recommendation, and good cause appearing;

       **IT IS** on this 25th day of August, 2014,

       **ORDERED** that Magistrate Judge Hammer's August 6, 2014 Report and Recommendation (Dkt. No. 41) is **ADOPTED** as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's motion to strike Defendant's answer (Dkt. No. 40) is **GRANTED IN PART**; and it is further

**ORDERED** that Defendant's answer is **STRUCK**; and it is further

**ORDERED** that the Clerk of the Court shall enter default against Defendant; and it is further

**ORDERED** that Plaintiff's request for default judgment is **DENIED WITHOUT PREJUDICE**, and it may renew its request, on notice to Defendant, after default has been entered.

**/s/ Faith S. Hochberg_____**
**Hon. Faith S. Hochberg, U.S.D.J.**